# CIVIL COVER SHEET

JS-44 (Rev. 3/13 DC)

## I. (a) PLAINTIFFS
Messner Reeves LLP
1430 Wynkoop Street, Suite 300
Denver, CO 80202

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **88888**
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
BONNER KIERNAN TREBACH & CROCIATA LLP
1233 20th Street, NW, 8th Floor
Washington, DC 20036
T 202-712-7000

## DEFENDANTS
United States Department of Health and Human Services

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT **11001**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ● 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place an X in one category, A-N, that best represents your Cause of Action and **one** in a corresponding Nature of Suit)

### ○ A. Antitrust
- ☐ 410 Antitrust

### ○ B. Personal Injury/Malpractice
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
- ☐ 151 Medicare Act

**Social Security**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**Other Statutes**
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other)    OR    ○ F. Pro Se General Civil

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 27 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Conditions
- ☐ 560 Civil Detainee – Conditions of Confinement

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**Other Statutes**
- ☐ 375 False Claims Act
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions
- ☐ 470 Racketeer Influenced & Corrupt Organization
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 850 Securities/Commodities/Exchange
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ⦿ I. *FOIA/Privacy Act* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus – General<br>☐ 510 Motion/Vacate Sentence<br>☐ 463 Habeas Corpus – Alien Detainee | ☐ 442 Civil Rights – Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☒ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loan (excluding veterans) |
| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 740 Labor Railway Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 440 Other Civil Rights<br>☐ 445 Americans w/Disabilities – Employment<br>☐ 446 Americans w/Disabilities – Other<br>☐ 448 Education | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights – Voting (if Voting Rights Act) |

**V. ORIGIN**

⦿ 1 Original Proceeding   ○ 2 Remand from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi-district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
F.O.I.A. 5 USC 552a; Refusal to provide any response to Plaintiff's FOIA request or subsequent appeal.

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | DEMAND $<br>JURY DEMAND: | Check YES only if demanded in complaint<br>YES ☐   NO ☐ |
|---|---|---|---|
| **VIII. RELATED CASE(S) IF ANY** | (See instruction) | YES ☐   NO ☒ | If yes, please complete related case form |
| DATE: 8/28/13 | SIGNATURE OF ATTORNEY OF RECORD *Michael L. Pin* | | |

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
**Authority for Civil Cover Sheet**

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and services of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the cover sheet.

   I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff if resident of Washington, DC, 88888 if plaintiff is resident of United States but not Washington, DC, and 99999 if plaintiff is outside the United States.

   III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

   IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of the case.

   VI.  CAUSE OF ACTION: Cite the U.S. Civil Statute under which you are filing and write a brief statement of the primary cause.

   VIII. RELATED CASE(S), IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MESSNER REEVES LLP,<br>1430 Wynkoop Street, Suite 300<br>Denver, Colorado 80202<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES,<br><br>    Defendant.<br><br>    SERVE:<br><br>    United States Attorney's Office<br>    For the District of Columbia<br>    Civil Process Clerk<br>    555 4th Street NW<br>    Washington DC 20530<br><br>    and<br><br>    Attorney General of the United States<br>    U.S. Department of Justice<br>    950 Pennsylvania Avenue, NW<br>    Washington, DC 20530-0001<br><br>    and<br><br>    U.S. Department of Health and<br>    Human Services<br>    Civil Process Clerk<br>    200 Independence Avenue, S.W.<br>    Washington, D.C. 20201 | Case No. _____ |

## COMPLAINT FOR INJUNCTIVE RELIEF

COMES NOW, Plaintiff Messner Reeves LLP and submits the following Complaint for Injunctive Relief against Defendant United States Department of Health and Human Services ("Complaint") and states as follows:

## SUMMARY OF RELIEF REQUESTED

1. This is an action to enjoin the United States Department of Health and Human Services ("HHS") to provide the immediate processing and release of agency records requested by the Plaintiff from HHS in September 2011. To date, HHS has refused to provide any response to Plaintiff's Freedom of Information Act ("FOIA") Request or subsequent appeal.

## PARTIES, JURISDICTION AND VENUE

2. Plaintiff Messner Reeves LLP has its principal place of business at 1430 Wynkoop Street, Suite 300, Denver, Colorado 80202.

3. Defendant HHS has its principal place of business located at 200 Independence Avenue, S.W. - Washington, D.C. 20201. The HHS website indicates that it "is the United States government's principal agency for protecting the health of all Americans and providing essential human services, especially for those who are least able to help themselves." HHS has a separate division entitled the Freedom of Information (FOI)/Privacy Acts Division, which HHS indicates is to handle and process FOIA and Privacy Act issues and requests.

4. This Court has subject matter jurisdiction over this action and personal jurisdiction over the parties pursuant to 5 U.S.C. § 552a(g)(1). This Court is the appropriate venue under 5 U.S.C. § 552a(g)(5).

## BACKGROUND AND PERTINENT FACTS

5. Plaintiff is a law firm in Denver, Colorado. Plaintiff represents The Steadman Clinic, PLLC, an orthopedic clinic based out of Vail, Colorado. The Steadman Clinic is currently engaged in a lawsuit in Colorado State Court-Eagle County District Court. One of the allegations in the lawsuit concerns whether a HIPAA violation took place at Vail Valley Medical Center ("VVMC") on or about January 30, 2011.

6. VVMC submitted a breach report with respect to the alleged HIPAA violation with HHS on or about March 30, 2011. The breach report is attached as **Exhibit A**.

7. On or about August 30, 2011, Plaintiff filed a FOIA request with HHS requesting all information related to the investigation, breach report, correspondence, or agency actions arising out of the breach report.

8. HHS provided Plaintiff with a confirmation that it received the FOIA request on or about September 1, 2011. The confirmation is attached as **Exhibit B**.

9. Plaintiff contacted HHS using the contact information and case number numerous times requesting that HHS comply with the FOIA request. Each time, Plaintiff was informed that information was being gathered and would be forthcoming. No information has been provided.

10. Plaintiff appealed HHS' refusal to respond on or about June 5, 2013 requesting that they comply with the FOIA request from September 1, 2011. (**Exhibit C**, HHS Appeal Request). HHS refused to cooperate with Plaintiff's FOIA request and has produced no documents or written response.

## DEFENDANTS' FAILURE TO
## DISCLOSE THE RECORDS SOUGHT

11. Plaintiff received a confirmation letter from HHS dated September 1, 2011 assuring Plaintiff that the documents were being gathered and would be produced as expeditiously as possible, but did not give a specific processing time.

12. To date, Defendant has not disclosed any records in response to Plaintiff's FOIA request nor states which records, if any, Defendant intends to disclose.

13. Defendant is improperly withholding the records sought by Plaintiff's FOIA request.

14. Plaintiff has exhausted the applicable administrative remedies.

### First Cause of Action:
### Violation of FOIA for Failure to Make Promptly
### Available the Records Sought by Plaintiff's Request

15. Plaintiff incorporates paragraphs 1 through 14 as though set forth herein.

16. Defendant's failure to make promptly available the records sought by Plaintiff's request violates FOIA, 5 U.S.C. § 552a(g)(1)(b), and the corresponding agency regulations.

17. Plaintiff is entitled to an order requiring Defendant to produce the requested records.

### Second Cause of Action:
### Violation of FOIA for Failure to Timely
### Respond to Plaintiffs' Request

18. Plaintiff incorporates paragraphs 1 through 17 as though set forth fully herein.

19. Defendant's failure to timely respond to Plaintiff's request violates FOIA, 5 U.S.C. § 552a(d)(1), and the corresponding agency regulations.

20. Plaintiff's failure to respond is unjustified, and Plaintiff is entitled to an order requiring Defendant to produce the requested records.

**REQUESTED RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court award the following relief:

A. Order Defendant to immediately process the requested records in their entirety;

B. Order Defendant, upon completion of such expedited processing, to disclose the requested records in their entirety and make copies available to Plaintiff;

C. Enjoin Defendant from charging Plaintiff fees for the processing of their request;

D. Award Plaintiff its costs and reasonable attorneys' fees incurred in this action; and

E. Grant such other relief as the Court may deem just and proper.

DATED: 28th day of August, 2013.

          Respectfully submitted,

          BONNER KIERNAN TREBACH & CROCIATA LLP

          /s/ Michael L. Pivor
          Michael L. Pivor, Esq.
          1233 20th Street, NW, 8th Floor
          Washington, DC 20036
          T 202-712-7000
          F 202-712-7100
          mpivor@bonnerkiernan.com
          *Attorney for Plaintiff Messner Reeves LLP*